UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

47462

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

In Re:

CARL D. CRACE
LINDA L. CRACE

Order Filed on December 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-20908

Adv. No.

Hearing Date: 11-20-18

Judge: (ABA)

# ORDER FOR MONTHLY PAYMENTS, STAY RELIEF AND CO-DEBTOR RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: December 20, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Carl and Linda Crace
Case No: 17-20908
Caption of Order:  Order for monthly payments, stay relief and co-debtor relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief And Co-Debtor Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. ("Santander"), with the appearance of S. Daniel Hutchison, Esq. on behalf of the debtors, and this Order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2010 Ford F150 bearing vehicle identification number 1FTSW2BR9AEA27359.**
2. **That commencing December 2018, if the debtors fail to make any payment to Santander within thirty (30) days after a payment falls due, Santander shall be entitled to stay relief and co-debtor relief as to the co-debtor Brandon Crace upon filing a certification with the court and serving it on the debtors, their attorney, and the chapter 13 trustee.**
3. **That the debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA must be listed as loss payee.  If the debtors fail to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief and co-debtor relief as to the co-debtor Brandon Crace upon filing a certification that insurance has lapsed and serving such certification on the debtors, their attorney, and the chapter 13 trustee.**

**(Page 3)**

Debtors: Carl and Linda Crace

Case No: 17-20908

Caption of Order: Order for monthly payments, stay relief and co-debtor relief under certain circumstances, counsel fees, and insurance.

4. **That the debtors are to pay a counsel fee of $431.00 to Santander Consumer USA Inc. through their chapter 13 plan.**