| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | | |
|---|---|---|
| In Re:<br>Carl D. Crace<br>Linda L. Crace | Case No. | 17-20908 |
| | Chapter: | 13 |
| | Judge: | ABA |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I,      Carl D. Crace      , debtor in this case certify as follows:

1.　　　All payments required to be made by me under my plan have been made and are paid in full.

2.　☑　I am not required to pay domestic support obligations.

　　☐　I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:　May 20, 2022

/s/ Carl D. Crace
Carl D. Crace
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**