Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 17−20908−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carl D. Crace<br>aka Carl D. Crace Sr., aka Carl A. Crace<br>1785 Corkery Lane<br>Williamstown, NJ 08094 | Linda L. Crace<br>aka Linda Lee Defeo, aka Linda A. Defeo,<br>aka Linda Defeo Atkinson<br>1785 Corkery Lane<br>Williamstown, NJ 08094 |

Social Security No.:
  xxx−xx−6127                             xxx−xx−9650

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after June 22, 2022 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: May 23, 2022
JAN:

                                                            Jeanne Naughton
                                                            Clerk