UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Carl D. Crace
Linda L. Crace

Case No. 17-20908

Chapter: 13

Judge: ABA

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Linda L. Crace_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: May 20, 2022

/s/ Linda L. Crace
Linda L. Crace
Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**