**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Offices of S. Daniel Hutchison
135 N. Broad Street
Woodbury, NJ 08096
Phone: 856-251-1235

S. Daniel Hutchison, Esq.
Attorney for Debtor(s)

In Re:

Carl D. Crace
Linda L. Crace

Order Filed on June 14, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 17-20908
Chapter: 13
Hearing Date: 06/14/22
Judge: ABA

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**   ☒ **LIEN**   ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: June 14, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☒  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address)  1758 Corkery Lane, Williamstown, New Jersey 08094

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder:  Citibank, N.A./Zales
    b. Current Assignee:  Portfolio Recovery Associates LLC
    c. Current Servicer:  N/A
    d. Date of Mortgage/Lien:  December 15, 2016
    e. Date of Recordation:  on or about Decmeber 15, 2016
    f. Place of Recordation:  Clerk, Superior Court of New Jersey
        i. ~~Mortgage Book~~:  Docket No: DC-3691-16
        ii. ~~Page~~:  Judgment No: VJ-003800-16
    g. Original Principal Balance of Mortgage/Lien: $  2,912.12

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-20908-ABA |
| Carl D. Crace | Chapter 13 |
| Linda L. Crace | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carl D. Crace, Linda L. Crace, 1785 Corkery Lane, Williamstown, NJ 08094-4060 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Flagship Credit Acceptance ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Harley-Davidson Credit Corp kmcdonald@blankrome.com bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 2 of 2

Date Rcvd: Jun 14, 2022 | Form ID: pdf903 | Total Noticed: 1

Matthew K. Fissel
    on behalf of Creditor Truist Bank wbecf@brockandscott.com matthew.fissel@brockandscott.com

S. Daniel Hutchison
    on behalf of Debtor Carl D. Crace sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

S. Daniel Hutchison
    on behalf of Joint Debtor Linda L. Crace sdhteamlaw@outlook.com
    backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10