| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Carl D. Crace<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6127<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Linda L. Crace<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–9650<br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–20908–ABA | | |

## Order of Discharge                                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Carl D. Crace
aka Carl D. Crace Sr., aka Carl A. Crace

Linda L. Crace
aka Linda Lee Defeo, aka Linda A. Defeo, aka Linda Defeo Atkinson

<u>8/4/22</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                            **Chapter 13 Discharge**                                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Carl D. Crace  
Linda L. Crace  
    Debtors

Case No. 17-20908-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 6  
Date Rcvd: Aug 04, 2022      Form ID: 3180W      Total Noticed: 91

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carl D. Crace, Linda L. Crace, 1785 Corkery Lane, Williamstown, NJ 08094-4060 |
| cr | + | Flagship Credit Acceptance, C/O Morton & Craig, LLC, 110 Marter Ave., Moorestown, NJ 08057-3124 |
| 516851323 | | Hand Surgery & Rehabilitation Center, 5000 Sagemore Drive, Suite 103, Marlton, NJ 08053-4331 |
| 517388125 | + | Harley-Davidson Credit Corp, 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517164558 | + | Office of Unemployment Compensation Benefits Polic, Dept of Labor & Industry, Office of Chief Counsel, 651 Boas Street, 10th Floor, Harrisburg, PA 17121-0751 |
| 516851338 | + | Phelan, Hallinan, Diamond & Jones, PC, 400 Fellowship Road, Ste. 100, Mount Laurel, NJ 08054-3437 |
| 516851347 | | South Jerey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 516851349 | | State of NJ Dept. of Treasury, Division of Taxation, Attn: Debbie Janowski, PO Box 190, Trenton, NJ 08695-0190 |
| 516851348 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 516851358 | | Virtua West Jersey, PO Box 8500-8267, Philadelphia, PA 19178-8267 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516851302 | ^ | MEBN | Aug 04 2022 20:37:27 | Amcol Systems, RE AMCOL Account # 73818810, 111 Lancewood Road, Columbia, SC 29210-7523 |
| 516851303 | ^ | MEBN | Aug 04 2022 20:37:11 | Apex Asset Management LLC, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 516851304 | + | Email/Text: bk@avant.com | Aug 04 2022 20:38:00 | Avant Credit Corporation, 640 N La Salle Drive Ste 545, Chicago, IL 60654-3781 |
| 516851305 | + | Email/Text: bk@avant.com | Aug 04 2022 20:38:00 | Avant Inc., 222 N LaSalle Street, Suite 1700, Chicago, IL 60601-1101 |
| 516894110 | | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | BB&T, PO Box 1847, Wilson, NC 27894 |
| 516851306 | + | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | BB&T, Attn: Bankruptcy Dept, PO Box 3307, Greenville, SC 29602-3307 |
| 517071278 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 20:46:34 | CACH, LLC its successors and assigns as assignee, of One Main Financial Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 17-20908-ABA    Doc 59    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc Imaged
Certificate of Notice    Page 4 of 8

| District/off: 0312-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 3180W | Total Noticed: 91 |

| | | | |
|---|---|---|---|
| 516851307 | EDI: CAPITALONE.COM | Aug 05 2022 00:33:00 | Capital One, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516851308 | EDI: CAPITALONE.COM | Aug 05 2022 00:33:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 516851309 | EDI: CAPITALONE.COM | Aug 05 2022 00:33:00 | Capital One Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516851310 | EDI: CAPITALONE.COM | Aug 05 2022 00:33:00 | Capital One Bank USA, Attn: Bankruptcy Dept., PO Box 30281, Salt Lake City, UT 84130-0281 |
| 516948663 | Email/PDF: bncnotices@becket-lee.com | Aug 04 2022 20:46:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516851311 | + EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Citibank NA/Zales, ATTN Bankruptcy Dept, 1000 Technology Drive, MS 504A, O Fallon, MO 63368-2222 |
| 516851312 | + EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank - Victoria Secret, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 516851313 | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank /Wayfair, Attn: Bankruptcy Dept., PO Box 182125, Columbus, OH 43218-2125 |
| 516851314 | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/VCTRSSEC, PO Box 182789, Columbus, OH 43218-2789 |
| 516851315 | + EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Bank/Wayfair Card, Attn: Bankruptcy Department, PO Box 182789, Columbus, OH 43218-2789 |
| 516851316 | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Capital Bank - Boscovs, Attn: Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 516851317 | EDI: WFNNB.COM | Aug 05 2022 00:33:00 | Comenity Capital Bank/Overstock, Attn: Bankruptcy Dept., PO Box 183043, Columbus, OH 43218-3043 |
| 517023056 | EDI: CRFRSTNA.COM | Aug 05 2022 00:33:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 516851318 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 04 2022 20:46:24 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98872, Las Vegas, NV 89193-8872 |
| 516851329 | + EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Macy's, Attn: Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 517077364 | EDI: Q3G.COM | Aug 05 2022 00:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 516877012 | + Email/Text: bankruptcy@flagshipcredit.com | Aug 04 2022 20:38:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, Texas 75019-5877 |
| 516851319 | + Email/Text: bankruptcy@flagshipcredit.com | Aug 04 2022 20:38:00 | Flagship Credit Acceptance LLC, PO Box 1419, Chadds Ford, PA 19317-0688 |
| 516851320 | + EDI: PHINGENESIS | Aug 05 2022 00:33:00 | Genesis BC/Celtic Bank, PO Box 4499, Beaverton, OR 97076-4499 |
| 516935012 | + EDI: CBS7AVE | Aug 05 2022 00:33:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516851321 | + EDI: CBS7AVE | Aug 05 2022 00:33:00 | Ginny's Inc, Bankruptcy Department, 1515 S. 21st St., Clinton, IA 52732-6676 |
| 516851322 | + EDI: CBS7AVE | Aug 05 2022 00:33:00 | Ginny's Inc.-CPU, Attn: Bankruptcy Department, 1112 7th Ave., Monroe, WI 53566-1364 |
| 516851324 | Email/Text: bankruptcy.notices@hdfsi.com | Aug 04 2022 20:38:00 | Harley Davidson Credit, Attn: Bankruptcy Department, PO Box 22048, Carson City, NV 89721-2048 |

Case 17-20908-ABA    Doc 59    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc Imaged
Certificate of Notice    Page 5 of 8

| District/off: 0312-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 3180W | Total Noticed: 91 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 516886889 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com Aug 04 2022 20:37:00 | | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 516851325 | + | EDI: CITICORP.COM | Aug 05 2022 00:33:00 | Home Depot Credit Services, ATTN Bankruptcy Dept, PO Box 790328, Saint Louis, MO 63179-0328 |
| 516851326 | | EDI: IRS.COM | Aug 05 2022 00:33:00 | Internal Revenue Service, Centralized Insolvency Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517053997 | | EDI: JEFFERSONCAP.COM | Aug 05 2022 00:33:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 516851327 | + | Email/Text: BKRMailOPS@weltman.com | Aug 04 2022 20:37:00 | Jared Jewelers, Attn: Bankruptcy Department, 375 Ghent Road, Fairlawn, OH 44333-4601 |
| 516851328 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 04 2022 20:37:00 | Kohl's Department Store, Attn: Bankruptcy Department, PO Box 3115, Milwaukee, WI 53201-3115 |
| 516934887 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2022 20:46:36 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517063666 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 04 2022 20:37:00 | MARINER FINANCE, LLC, 8211 TOWN CENTER DRIVE, NOTTINGHAM, MD 21236-5904 |
| 516930340 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2022 20:46:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 516851330 | + | Email/Text: bankruptcy@marinerfinance.com | Aug 04 2022 20:37:00 | Mariner Finance LLC, Attn: Bankruptcy Department, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 516851331 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2022 20:46:34 | Merrick Bank, Attn: Bankruptcy Department, PO Box 1500, Draper, UT 84020-1127 |
| 516851332 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2022 20:46:34 | Merrick Bank, Attn: Bankruptcy Department, 10705 S Jordan Gtwy, Suite 200, South Jordan, UT 84095-3977 |
| 516851333 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 04 2022 20:46:22 | Merrick Bank Corp., Attn: Bankruptcy Department, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 517047994 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2022 20:37:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516851335 | | EDI: CBS7AVE | Aug 05 2022 00:33:00 | Midnight Velvet, Attn: Bankruptcy Department, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 516935011 | + | EDI: CBS7AVE | Aug 05 2022 00:33:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516944316 | + | EDI: CBS7AVE | Aug 05 2022 00:33:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516851336 | + | EDI: CBS7AVE | Aug 05 2022 00:33:00 | Monroe and Main, Attn: Bankruptcy Department, 1515 S. 21st St., Clinton, IA 52732-6676 |
| 516851337 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 04 2022 20:37:00 | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 516851341 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, 120 Corporate Blvd. Suite 1, Norfolk, VA 23502 |
| 516851340 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, Attn: Bankruptcy Department, Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 516851339 | | EDI: PRA.COM | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, Attn: Bankruptcy Department, Riverside Commerce Center, 120 |

Case 17-20908-ABA    Doc 59    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc Imaged
                                Certificate of Notice    Page 6 of 8

| District/off: 0312-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 3180W | Total Noticed: 91 |

| | | | |
|---|---|---|---|
| 516851343 | EDI: PRA.COM | | Corporate Blvd. Ste, Norfolk, VA 23502-4952 |
| | | Aug 05 2022 00:33:00 | Portfolio Recovery Associates LLC, Attn: Laura White CCO, 120 Corporate Boulevard,, Norfolk, VA 23502 |
| 516851342 | EDI: PRA.COM | | |
| | | Aug 05 2022 00:33:00 | Portfolio Recovery Associates LLC, Attn; Steven D Fredrickson CEO, 120 Corporate Blvd., Norfolk, VA 23502 |
| 517076603 | EDI: PRA.COM | | |
| | | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, C/O capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517077537 | EDI: PRA.COM | | |
| | | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 517074698 | EDI: PRA.COM | | |
| | | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517077270 | EDI: PRA.COM | | |
| | | Aug 05 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517053276 | EDI: Q3G.COM | | |
| | | Aug 05 2022 00:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516851350 | + EDI: RMSC.COM | | |
| | | Aug 05 2022 00:33:00 | SYNC/Citgo PLCC, Attn: Bankruptcy Department, PO Box 965004, Orlando, FL 32896-5004 |
| 516851351 | + EDI: RMSC.COM | | |
| | | Aug 05 2022 00:33:00 | SYNCB/CITGO PLCC, Attn: Bankruptcy Department, 9510 W. 67th St., Merriem, KS 66203-3614 |
| 516851352 | + EDI: RMSC.COM | | |
| | | Aug 05 2022 00:33:00 | SYNCB/Old Navy, Attn: Bankruptcy Dept, P.O. Box 981400, El Paso, TX 79998-1400 |
| 516952260 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Aug 04 2022 20:38:00 | Santander Consumer USA Inc, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 516851345 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Aug 04 2022 20:38:00 | Santander Consumer USA Inc., Attn: Bankruptcy Department, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 516951026 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Aug 04 2022 20:38:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 516944249 | + EDI: CBS7AVE | | |
| | | Aug 05 2022 00:33:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516851346 | + EDI: CBS7AVE | | |
| | | Aug 05 2022 00:33:00 | Seventh Avenue, Attn: Bankruptcy Department, 1515 S 21st Street, Clinton, IA 52732-6676 |
| 516852691 | + EDI: RMSC.COM | | |
| | | Aug 05 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516851353 | EDI: RMSC.COM | | |
| | | Aug 05 2022 00:33:00 | Synchrony Bank - Toys R Us, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 516851354 | EDI: RMSC.COM | | |
| | | Aug 05 2022 00:33:00 | Synchrony Bank - Walmart, Attn: Bankruptcy Department, PO Box 965060, Orlando, FL 32896-5060 |
| 516851355 | + EDI: WTRRNBANK.COM | | |
| | | Aug 05 2022 00:33:00 | TD Bank USA / Target Credit, ATTN Bankruptcy Dept, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 517076267 | + Email/Text: bncmail@w-legal.com | | |
| | | Aug 04 2022 20:38:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516851356 | + Email/Text: bankruptcydepartment@tsico.com | | |
| | | Aug 04 2022 20:38:00 | Transworld Systems Inc., PO Box 17221, Wilmington, DE 19850-7221 |

Case 17-20908-ABA    Doc 59    Filed 08/06/22    Entered 08/07/22 00:15:05    Desc Imaged
Certificate of Notice    Page 7 of 8

| District/off: 0312-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 04, 2022 | Form ID: 3180W | Total Noticed: 91 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516851357 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 04 2022 20:38:00 | Transworld Systems Inc.,, Attn: Collection Agency, 507 Prudential Road, Horsham, PA 19044-2308 |
| 519622193 | + | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | Truist Bank, PO Box 27767, Bankruptcy Department 306-40-04-95, Richmond, VA , 23261, Truist Bank, PO Box 23261-7767 |
| 519622192 | + | Email/Text: bankruptcy@bbandt.com | Aug 04 2022 20:37:00 | Truist Bank, PO Box 27767, Bankruptcy Department 306-40-04-95, Richmond, VA 23261-7767 |
| 516851359 | + | EDI: BLUESTEM | Aug 05 2022 00:33:00 | WEBBANK- Fingerhut, Attn: Bankruptcy Dept, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 516851360 | + | EDI: WFHOME | Aug 05 2022 00:33:00 | WFFNB/Preferred Customer, CSCL DSP TM MAC N8235-04M, PO Box 14517, Des Moines, IA 50306-3517 |
| 516851361 | + | EDI: WFAUTO | Aug 05 2022 00:33:00 | WFFNB/Preferred Customer, Attn: Bankruptcy Department, 800 Walnut St., Des Moines, IA 50309-3605 |

TOTAL: 81

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | *+ | Truist Bank, PO Box 27767, Bankruptcy Department 306-40-04-95, Richmond, VA 23261-7767 |
| 516851334 | *+ | Merrick Bank Corporation, Attn: Bankruptcy Department, PO Box 1500, Draper, UT 84020-1127 |
| 517388128 | ##+ | Kevin G. McDonald, Esquire, KML Law Group, P.C., 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 516851344 | ##+ | Sage Capital Recovery, 1040 Kings Highway North, Cherry Hill, NJ 08034-1925 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 06, 2022         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Harley-Davidson Credit Corp dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | |
|---|---|
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Flagship Credit Acceptance ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor Harley-Davidson Credit Corp kmcdonald@blankrome.com  bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Truist Bank wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| S. Daniel Hutchison | on behalf of Debtor Carl D. Crace sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| S. Daniel Hutchison | on behalf of Joint Debtor Linda L. Crace sdhteamlaw@outlook.com backupcourt@outlook.com;sdhlawpara1@outlook.com;hutchisonsr39026@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10